UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAD UNDERWOOD,

    Plaintiff,

v.

                                  Case No. 24-cv-12161
                                  Hon. Matthew F. Leitman

TIMBER CANNABIS CO. LLC, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order Granting Motion to Approve Settlement Agreement, dated June 20, 2025,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendants.

                                                KINIKIA ESSIX
                                                CLERK OF COURT

                                    By:   <u>s/Holly A. Ryan</u>
                                                      Deputy Clerk

Approved:

<u>s/Matthew F. Leitman</u>
MATTHEW F. LEITMAN
United States District Judge

Dated:  June 20, 2025
Detroit, Michigan